Fill in this information to identify the case:

Debtor 1: SAMANTHA M. AGNEW WHITE

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Northern District of Illinois (State)

Case number: 12 B 01320

# Form 4100N

## Notice of Final Cure Payment

10/15

File a separate notice for each creditor.

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### Part 1: Mortgage Information

Name of creditor: Wells Fargo Bank N.A.

Court claim no. (if known): 2-1

Last 4 digits of any number you use to identify the debtor's account: 3 8 7 3

Property address:
923 South Springfield Avenue
Number   Street

Chicago   Illinois   60624
City   State   ZIP Code

### Part 2: Cure Amount

Total cure disbursements made by the trustee:                                                                                Amount

a. Allowed prepetition arrearage:                                                                                        (a) $ _____

b. Prepetition arrearage paid by the trustee:                                                                            (b) $ _____

c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c):                       (c) $ _____

d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: (d) $ _____

e. Allowed postpetition arrearage:                                                                                       (e) $ _____

f. Postpetition arrearage paid by the trustee:                                                                        + (f) $ _____

g. Total. Add lines b, d, and f.                                                                                         (g) $ _____

### Part 3: Postpetition Mortgage Payment

Check one:

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment:                                                                                        $ 74,973.73

The next postpetition payment is due on:   ___/___/_____
                                           MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

Debtor 1   <u>Samantha      M.      Agnew White</u>          Case number (if known) <u>12 B 01320</u>
         First Name   Middle Name   Last Name

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

X _[signature]_                                    Date ___/___/___
Signature

Trustee     _____
            First Name    Middle Name    Last Name

Address     <u>20 South Clark Street</u>     <u>28th Fl.</u>
            Number      Street

            <u>Chicago</u>                  <u>Illinois</u>  <u>60603</u>
            City                         State     ZIP Code

Contact phone ( 312 ) 913 - 0625              Email <u>Smiljus@semradlaw.com</u>

Form 4100N                      Notice of Final Cure Payment                    page 2